IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ESTATE OF ROLANDO**
**RODRIGUEZ by and through its**
**Personal Representative**
**Maylein Rodriguez and BRIDGE**
**CONSULTING FIRM, LLC**                                          **PLAINTIFFS**

**v.**                                           **CAUSE NO. 1:21CV125-LG-BWR**

**SCOTT M. FAVRE PUBLIC**
**ADJUSTER, LLC; SCOTT M.**
**FAVRE; CINDY L. FAVRE; and**
**JOHN AND JANE DOES A, B, C,**
**D, AND F**                                                      **DEFENDANTS**

### AGREED JUDGMENT OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of the remaining claims in this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket;

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 8th day of February, 2023.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge